O

# United States District Court
# Central District of California

| | |
|---|---|
| BROKEN DRUM BAR, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>SITE CENTERS CORP. et al.<br><br>Defendants. | Case № 2:19-cv-01445-ODW (SKx)<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT [9]** |

Defendants served Plaintiffs with a Federal Rule of Civil Procedure 12(b)(6) motion to dismiss in this case on March 11, 2019. (ECF No. 9.) On March 27, 2019, Plaintiffs filed a first amended Complaint–sixteen days after Defendants filed their responsive pleading. (ECF No. 12.) Federal Rule of Civil Procedure 15(a)(1) allows Plaintiffs to file an amended complaint once as a matter of course within twenty-one days of service with a Rule 12(b) motion. Therefore, Plaintiffs' amended complaint was proper. As the pending motion to dismiss was based on a complaint that is no longer operative, the motion is **DENIED** as **MOOT**. *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

March 28, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**